FILED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

2010 DEC 30 A 11: 37

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO: 10-PO-51 |
| | ) | MISDEMEANOR |
| v. | ) | |
| | ) | |
| JAMES J. LOPEZ | ) | Court Date: January 10, 2011 |

CRIMINAL INFORMATION

(COUNT I – Petty Offense – N0497959)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about October 16, 2010, at Marine Corps Base, Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, JAMES J. LOPEZ, did unlawfully operate a motor vehicle upon a highway of the commonwealth without a valid operator's license.

(Violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 46.2-300, 1950, as amended.)

(COUNT II - Infraction – N0497960)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about October 16, 2010, at Marine Corps Base, Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, JAMES J. LOPEZ, did unlawfully operate a motor vehicle upon a highway of the commonwealth without at least two required headlights capable of being lighted.

(Violation of Title 32, Code of Federal Regulations, Section 634.25(f), adopting Virginia Code, Section 46.2-1010)

Respectfully Submitted,

Neil H. MacBride
United States Attorney

*/s/*
John J. Radacsy IV
Special Assistant
United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed, postage prepaid, on this 29 day of December 2010 to:

JAMES J. LOPEZ

By: *[signature]*
John J. Radacsy IV
Special Assistant
United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3834
Fax: (703) 299-3980