# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

**UNITED STATES**

JUDGE: THOMAS RAWLES JONES, JR.
CASE NO.: 10PO51
HEARING: R<
DATE: 1/10/11
TIME: 11am

vs.

Janus Lopez
**DEFENDANT(S)**

REPORTER: FTR GOLD SYSTEM
CLERK: CHRISTINA MARQUEZ

COUNSEL FOR UNITED STATES: John Radacsy
COUNSEL FOR DEFENDANT: w/o
INTERPRETER: _____

(X) DEFT. APPEARED ( ) THROUGH COUNSEL ( ) FAILED TO APPEAR ( ) WARRANT TO BE ISSUED

( ) RULE 5 ADVISEMENT
( ) COURT TO APPOINT COUNSEL
( ) DEFT. TO RETAIN COUNSEL
( ) SPEEDY TRIAL ACT WAIVED
( ) JURY WAIVED
( ) CONSENT TO TRIAL BY MAG JUDGE
( ) MOTIONS W/IN ___ DAYS

( ) PLEA OF GUILTY TO _____
( ) COURT ACCEPTS PLEA
( ) PLEA OF NOT GUILTY TO _____
( ) DEFT FOUND GUILTY / FOUND NOT GUILTY
( ) COUNT(S) _____ DISMISSED BY _____
( ) DEFT. REFERRED TO USPO FOR PSIR
( ) DEFT REMANDED

**CONDITIONS OF RELEASE:**
($ ) UNSECURED ($ ) SECURED ( ) PTS ( ) 3RD PARTY ( ) TRAVEL RESTRICTED
( ) APPROVED RESIDENCE ( ) SATT ( ) PAY COSTS ( ) ELECTRONIC MONITORING
( ) MENTAL HEALTH TEST/TREAT ( ) ROL ( ) NOT DRIVE ( ) FIREARM ( ) PASSPORT
( ) AVOID CONTACT ( ) ALCOHOL & DRUG USE ( ) EMPLOYMENT

**MINUTES:** Gvt's motion to dismiss w/ pred - Granted
Case dismissed.

**SENTENCE:**
( ) PSIR ADOPTED ( ) G/L STIP
( ) MONTHS PROBATION ( ) SUP ( ) UNSUP ( ) 3607 ( ) YRS SUP RELEASE
( ) DAYS JAIL ( ) AS DIRECTED PURSUANT TO 18 USC 3563(b)(10) ( ) CREDIT
( ) DAYS HOME DETENTION ( ) TIMEOUTS ( ) ELECTRONIC MONITORING
( ) SATT ( ) ALCOHOL PROGRAM ( ) ROL ( ) NO DRIVING ( ) INTERLOCK DEVICE
( ) MENTAL HEALTH TEST/TREAT ( ) BARRED FROM FEDERAL PARKS
( ) HRS. COMMUNITY SERVICE ( ) NOT VIOLATE TRAFFIC LAWS

($ ) FINE ($ ) S.A. ($ ) PROCESSING FEE AS TO COUNT ___
($ ) FINE ($ ) S.A. ($ ) PROCESSING FEE AS TO COUNT ___
($ ) FINE ($ ) S.A. ($ ) PROCESSING FEE AS TO COUNT ___
($ ) FINE ($ ) S.A. ($ ) PROCESSING FEE AS TO COUNT ___

( ) GOVT. ( ) DEFT. ( ) JOINT MOTION TO CONTINUE ( ) GRANTED ( ) DENIED
NEXT APPEARANCE: _____ AT _____ AM OR PM
( ) R5 ( ) STATUS ( ) TRIAL ( ) JURY ( ) PLEA ( ) SENT ( ) VCR ( ) DH ( ) PH ( ) 3607
( ) OTHER JUDGE _____

( ) RELEASE ORDER GIVEN TO USMS